HOPKINS et al., Appellants, *v.* BUTTE COPPER MINING COMPANY, Respondent.

(No. 1,777.)

(Submitted January 16, 1904.    Decided January 23, 1904.)

For syllabus, see *Hopkins et al.* v. *Butte Copper Company, ante,* p. 390.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

Action by John Hopkins and another against the Butte Copper Mining Company.    From a judgment in favor of defendant, plaintiffs appeal.    Reversed.

*Messrs. Forbis & Mattison,* and *Mr. M. J. Cavanaugh,* for Appellant.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

Appeal from a judgment in favor of defendant.    In this cause there is involved a controversy between the plaintiffs and the defendant as to who is entitled to patent, under the laws of

the United States, to a mining claim.    The plaintiffs base their claim on the Parasite quartz lode location, and the defendant upon the Blind Treasure quartz lode location.

This case is in all respects similar in its facts to the case of *Hopkins et al.* v. *Butte Copper Co.,* 29 Mont. 390, 74 Pac. 1081, and the question presented to this court for decision is identical with the question considered and decided therein.    For the reasons stated in the opinion in that case, the judgment of the district court is reversed, and the cause remanded for further proceedings.

*Reversed and remanded.*